Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorney for JOHN RODGERS, Plaintiff


Lyman D. Bedford, State Bar Number 40665
CLAUSEN LAW GROUP
1160 Brickyard Cove Road, Suite 201
Pt. Richmond, California 94801
Telephone: (510) 234-5155
Facsimile: (510) 234-4578

Attorney for COVE INVESTMENTS, LLC, Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS,<br>        Plaintiff,<br><br>vs.<br><br>COVE INVESTMENTS, LLC, a California limited liability company, and DOES 1-20,<br>        Defendants. | Case No.: CV-13-01477 DMR<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~(PROPOSED)~~ ORDER<br>[F.R.C.P.§§ 41(a)(1)(ii) and (2)] |

Plaintiff JOHN RODGERS and Defendant COVE INVESTMENTS, LLC, by and through their attorneys of record, file this Stipulation and Order of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure §§ 41(a)(1)(ii) and (2).

Plaintiff filed this lawsuit on April 3, 2013. Defendant, who has answered the complaint, agree to the dismissal with prejudice. Plaintiff and Defendant further stipulate that each side

shall pay its own attorneys' fees and costs.

This case is not a class action, and no receiver has been appointed.

Wherefore, Plaintiff and Defendant, by and through their attorneys of record, so stipulate.

DATED: 08-10-13  By: _____
IRENE KARBELASHVILI
Attorney for Plaintiff JOHN RODGERS

DATED: 8-8-2013  CLAUSEN LAW GROUP
By: _____
LYMAN D. BEDFORD
Attorney for COVE INVESTMENTS, LLC

## ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The lawsuit against Defendant is dismissed with prejudice. Each side shall pay its own attorneys' fees and costs.

DATED: August 13 2013  _____
JUDGE DONNA M. RYU