Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorney for JOHN RODGERS, Plaintiff

Lyman D. Bedford, State Bar Number 40665
CLAUSEN LAW GROUP
1160 Brickyard Cove Road, Suite 201
Pt. Richmond, California 94801
Telephone: (510) 234-5155
Facsimile: (510) 234-4578

Attorney for COVE INVESTMENTS, LLC, Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS,<br>                    Plaintiff,<br><br>vs.<br><br>COVE INVESTMENTS, LLC, a California<br>limited liability company, and DOES 1-20,<br>                    Defendants. | Case No.: CV-13-01477 DMR<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE AND<br>(PROPOSED) ORDER**<br>**[F.R.C.P.§§ 41(a)(1)(ii) and (2)]** |

Plaintiff JOHN RODGERS and Defendant COVE INVESTMENTS, LLC, by and through their attorneys of record, file this Stipulation and Order of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure §§ 41(a)(1)(ii) and (2).

Plaintiff filed this lawsuit on April 3, 2013. Defendant, who has answered the complaint, agree to the dismissal with prejudice. Plaintiff and Defendant further stipulate that each side

1    shall pay its own attorneys' fees and costs.

2        This case is not a class action, and no receiver has been appointed.

3        Wherefore, Plaintiff and Defendant, by and through their attorneys of record, so stipulate.

4

5    DATED: 08-10-13        By:_____

6                                IRENE KARBELASHVILI

7                                Attorney for Plaintiff JOHN RODGERS

8

9

10

11   DATED:                    CLAUSEN LAW GROUP

12   8-8-2013                  By:_____

13                                LYMAN D. BEDFORD
                                 Attorney for COVE INVESTMENTS, LLC

14

15

16                            ~~PROPOSED~~ ORDER

17

18

19        PURSUANT TO STIPULATION, IT IS SO ORDERED.

20   The lawsuit against Defendant is dismissed with prejudice. Each side shall pay its own attorneys'

21   fees and costs.

22

23   DATED: August _13_2013        _____

24                                JUDGE DONNA M. RYU

25

26

27

28

Page 2 of 2
Case No.: CV-13-01477 DMR
STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~(PROPOSED)~~ 0RDER
[F.R.C.P.§§ 41(a)(1)(ii) and (2)]